# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY G. BAILEY

NO. 2021 KW 1123

**DECEMBER 20, 2021**

---

In Re:     Anthony G. Bailey, applying for supervisory writs,
           18th Judicial District Court, Parish of West Baton
           Rouge, No. 01-0556.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                          **PMc**
                          **JEW**
                          **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT